IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| GLOBAL HUNTER, LLC | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 1:18-CV-00062 |
| v. | § § § | |
| DES MOINES FLYING SERVICE, INC., | § § § | |
| DEFENDANT | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
<u>RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now GLOBAL HUNTER, LLC, Plaintiff in the above entitled and numbered cause and, pursuant to LR 56.4 of the Local Civil Rules of the United States District Court for the Northern District of Texas, files this its Response to Defendant's Renewed Motion for Partial Summary Judgment filed with this Court on May 24, 2019, and in response to such motion would respectfully show this Court as follows:

1. Plaintiff opposes Defendant's Motion for Summary Judgment for the reasons that the economic loss doctrine does not bar Plaintiff's negligence and gross negligence claims, because (1) Plaintiff seeks recovery for the breach of duties that arose independently from Defendant's contractual obligations, and (2) the contract for Defendant's services governed specifically the removal and reinstallation of the AGB; and for the reason that Plaintiff seeks recovery for damages to other property: the entire engine. Therefore, the economic loss doctrine does not apply to Plaintiff's tort claims, and Defendant's Motion should be in all things denied.

2. This response is supported by the Brief in Support of Plaintiff's Response to Defendant's Renewed Motion for Partial Summary Judgment, along with the Appendix accompanying same. Both are being filed simultaneously with this Response.

3. Pursuant to LR 56.4(b) of the Local Civil Rules of the United States District Court for the Northern District of Texas, Plaintiff includes those items required by said rule in the brief being filed simultaneously with this response.

4. Plaintiff is also filing, simultaneously with this response, its Appendix, which contains evidence which supports this response.

Respectfully submitted,

CHARLES C. SELF, III
State Bar No. 18007550
cself@whittenfirm.com
THE WHITTEN LAW FIRM, PC
500 Chestnut, Suite 1402
Abilene, Texas 79602
Tel: (325) 672-7824
Fax: (325) 672-2158

AND


s/ Billy W. Boone
Billy W. Boone
State Bar No. 02626600
LAW OFFICES OF BILLY W. BOONE
P. O. Box 2797
Abilene, Texas 79604
(325) 695-7460
(325) 677-0073 – FAX
mail@bboone.com

## CERTIFICATE OF SERVICE

I hereby certify that on this ___12th___ day of June, 2019, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing as follows:

Don Swaim and Alex J. Whitman
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, Texas 75231
dswain@cunninghamswaim.com
awhitman@cunninghamswaim.com

_____
Charles C. Self, III